AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:06-CR-374-T-24TBM |
| JOHN MARSHALL KEENE | USM Number: 54077-004 |
| _____/ | |
| | Dionja Dyer, AFPD |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of conditions One, Two, Three and Four of the terms of supervision. See below.

__X__ was found in violation of condition Five after denial of guilt. See below

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Committing the New Crimes of Trespassing and Resisting Arrest Without Force | December 3, 2006 |
| Two | Failure to Submit a Mandatory Drug Testing | June 26, 2006 |
| Three | Failure to Submit Monthly Reports During the Months of July through November, 2006 in Violation of Condition Two | November, 2006 |
| Four | Failure to Report in Violation of Condition Two | June 27, 2006 |
| Five | Failure to Notify 10 Days Prior to Any Change in Residence in Violation Of Condition Six | June 26, 2006 |

    The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    _____ The defendant has not violated conditions and is discharged as to such violation(s) condition.

AO245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1a

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: January 5th, 2007

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Date _____ January 8th, 2007 _____

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: JOHN MARSHALL KEENE
CASE NUMBER: 8:01-CR-374-T-24TBM

Judgment - Page   2   of   2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of *TEN (10) MONTHS WITH NO TERM OF SUPERVISED RELEASE TO FOLLOW.*

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

   ____ at _____ a.m.   p.m.   on _____.

   ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ____ before 2 p.m. on _____.

   ____ as notified by the United States Marshal.

   ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL